UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIWAN SINGH, | No. 1:25-cv-1822 AC |
| Petitioner, | |
| v. | ORDER |
| SERGIO ALBARRAN, et al., | |
| Respondents. | |

By order filed December 31, 2025, the parties were ordered to submit a joint proposed briefing schedule for the petition in this case. ECF No. 15. The parties have now jointly requested that the matter be held in abeyance pending the resolution of the appeal in Rodriguez v. Bostock, 779 F. Supp. 3d 1239 (W.D. Wash. 2025), on appeal, No. 25-6842 (9th Cir.).

Good cause appearing, IT IS HEREBY ORDERED that:

1. Briefing on the petition is stayed pending resolution of the appeal in Rodriguez v. Bostock;

2. Following the issuance of an opinion in Rodriguez, the parties shall meet and confer and submit a proposed briefing schedule.

DATED: January 7, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE